TAYLOR v. STEVENS & CO.

No. 77 PC.

No. 35 (Spring Term).

Case below: 43 N.C. App. 216.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 4 December 1979.